UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN F. GONZALEZ,<br>Plaintiff,<br>v.<br>WALTON-ELLIS, et al.,<br>Defendants. | Case No.: 3:26-cv-00776-MMD-CLB<br>**ORDER**<br>(ECF No. 1) |

On October 5, 2026, pro se plaintiff John F. Gonzalez, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and an application to proceed in district court without prepaying fees or costs. (ECF Nos. 1-1, 1). The Court denies the application to proceed without prepaying fees because that is a form for individuals who are not incarcerated. Because Plaintiff is in the custody of the Nevada Department of Corrections, he must file the Court's **Application to Proceed *in Forma Pauperis* for Inmate in NDOC custody** or pay the $405 filing fee in full.

IT IS THEREFORE ORDERED that the application to proceed in district court without prepaying fees or costs (ECF No. 1) is DENIED because it is not the correct form for Plaintiff.

IT IS FURTHER ORDERED that on or before **November 9, 2026**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court a complete **Application to Proceed *in Forma Pauperis* for Inmate in NDOC custody** using the Court's approved form.

IT IS FURTHER ORDERED if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to file an application to proceed *in forma pauperis* using the correct form or pay the required filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate in NDOC custody and instructions for the same.

DATED: October 8, 2026

UNITED STATES MAGISTRATE JUDGE