UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN F. GONZALEZ,

Plaintiff,

v.

WALTON-ELLIS, et al.,

Defendants.

Case No.: 3:26-cv-00776-MMD-CLB

**ORDER**

(ECF No. 1)

## I. DISCUSSION

On October 8, 2026, the Court denied Plaintiff's application to proceed *in forma pauperis* because he filed it using a form for non-inmates. (ECF No. 4.) The Court directed Plaintiff to use the Court's form for inmates in NDOC custody, and sent him the form to use. Rather than using the form that the Court sent, Plaintiff filed an incomplete application to proceed *in forma pauperis* on an outdated form. The application is incomplete because it does not include a six-month account statement or a financial certificate on the Court's approved form. Plaintiff asks the Court to accept the financial certificate that he filed with his original application to proceed *in forma pauperis*, but that was a state court financial certificate.

The Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) without prejudice. In light of Plaintiff's *pro se* status, the Court will give him one more opportunity to file a complete application to proceed *in forma pauperis* using the Court's approved form. Plaintiff must file the Court's approved **Application to Proceed *in Forma Pauperis* for Inmate in NDOC custody** or pay the $405 filing fee in full on or before **December 21, 2026**.

## II. CONCLUSION

IT IS THEREFORE ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is DENIED because the application is incomplete and uses an outdated form.

IT IS FURTHER ORDERED that on or before **December 21, 2026**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court a complete **Application to Proceed *in Forma Pauperis* for Inmate in NDOC custody** using the Court's approved form.

IT IS FURTHER ORDERED if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to file an application to proceed *in forma pauperis* using the correct form or pay the required filing fee.

IT IS FURTHER ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate in NDOC custody and instructions for the same.

DATED: November 20, 2026

UNITED STATES MAGISTRATE JUDGE